[No. 17889-3-II.   Division Two.   February 2, 1996.]

EMMA SNEED, *Appellant*, v. LILLIAN BARNA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-12397-1, Donald H. Thompson, J., entered December 28, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Fleisher, J. Now published at 80 Wn. App. 843.

[Nos. 18192-4-II; 18193-2-II.   Division Two.   February 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARYE ADELE SHAFFER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RALPH LOUIS SHAFFER, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 93-1-04266-5 and 93-1-04267-3, Frederick B. Hayes, J., entered April 26, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Wiggins, J. Pro Tem.

[No. 33898-6-I.   Division One.   February 5, 1996.]

SNOHOMISH COUNTY, *Respondent*, v. WILLIAM R. CHAMPLIN, *Defendant*, GAITAN & CUSACK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00156-6, James H. Allendoerfer, J., entered December 3, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse, J., Kennedy, A.C.J., dissenting.

[No. 34906-6-I.   Division One.   February 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01460-5, Thomas J. Wynne, J., entered June 28, 1994. *Rejected* and *referred* by unpublished per curiam opinion.